IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT of PENNSYLVANIA

Matthew Lafferty

V.

Co. Walton
Sgt. Villamarin
Sarah Bowls
warden Bonds
"In There individual compacities"

Case number ________

1) Pursuant to 42 U.S.C. section 1983 civil rights complaint pro-se.

2) This is a complaint for united states constitutional amendments violations.
8th Amendment cruel and unusual punishment
Retaliation by staff, mental & emotional abuse.

3) Defendant CO Walton came in my cell put his hands on me and my cell mate. intagonizing a fight.
my cell ~~mate~~ is my witness
Name: Nickolas Provencer IP# 25004883
Date: 02/21/2026
Delaware County Prison - "George W Hill

4 ) The Plaintiff was denied a shower over serveral days Date; Between 02/19/26 –
Time;
4 Rec days over Period Stated Date; – 03/16/26
Time;

5) And Plaintiff while in Segregation on unit 10D was denied Recreation, a cell with no lights No working toylet, inhumane, inadequit and unsanitary living conditions
Then my cell was moved to diffrent cell number.

6) Consttitutional violations aboved.

7) Check prison Dockuments / camras Date; 02/21/2026
And 02/19/26 – about 03/16/26 Time; 830AM – 4:30PM Shift.
Delaware Co. Prison

– Exhaustion of Administrative Remedies

1) I complained about these issues on Date; 03/11/26
Time; 5:25 pm

2) I put in a Grievance in on
Date; on or After 3/20/26 # 668823891 on tablet
Time; 8:13 Pm

3) multiple Paper ~~And~~ Request and grievance Form unanswered

4) I complained on Date in March time ____
TO the Counselor
~~Sphy~~ Psychiatrist / Doctor who proscribes
Me medications. Named Rochelle

5) ↳ Counselor stated that she put paperwork
Reporting incident. Counselors name Ms. Brown.

6)

I swear under the penalty of perjury
that this is true to the best of my
knowledge and belieth.

Sign: [signature]

Date: 06/23/26

print: Matthew Lafferty

CC/ United states district courts

Relife saught by Plaintiff

1) For pain and suffering $ 100,000.00

2) For Emotional suffering $ 50,000.

Injunction relife change of Policy;

Defendant walton Should not be
an officer here at GWHC

The Max unit / The hole needs to be reformed
~~Re-Modeled~~ needs better supervisor.
OR else more will suffer constitutional violations
Lie's about understaffing needs to stop.

Mental health medication Prescribed
because of the abuse I sufferd. sign Matthew Lafferty

Date; 6/25/2026

print: Matthew Lafferty

CC: united states District court
Eastern District of PA

Matthew Lafferty # 0082885
Chester County Prison
501 S. Wawaset RD.
West Chester PA, 19382

PHILADELPHIA PA 190
30 JUL 2026 PM 8 L




U.S.M.S.
X-RAY

United States District Court
Eastern Division of PA
691 Market st
Philadelphia PA 1910[illegible]

RECEIVED
AUG - 3 2026
CLERK U.S. DISTRICT COURT
ASTERN DISTRICT OF PENNSYLVAN..

Legal Mail

19106-179699